IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>GENARO DIAZ-BLANCO<br>Defendant | CRIMINAL 12-0049CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 6, 2012 (**docket entry 23**) on a Rule 11 proceeding of defendant Genaro Díaz-Blanco held before U.S. Magistrate Judge Marcos E. López on January 25, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Díaz-Blanco is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 25, 2012. The **sentencing hearing is set for April 24, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge